**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2128 (RCL) |
| Khadijah Bronson, *et al.*, | |
| Defendants. | |

**DEFENDANTS DISTRICT OF COLUMBIA, CAPTAIN RALPH W. MCLEAN,**
**OFFICER DARRELL JOHNSON AND OFFICER JAMES L. CARTER'S CONSENT**
**MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO**
**PLAINTIFF'S COMPLAINT**

Defendants District of Columbia, Captain Ralph W. McLean, Officer Darrell Johnson and Officer James L. Carter, by and through counsel, and pursuant to Fed. Civ. P. R. 6(b), respectfully move this Court for an enlargement of time to late file a response to plaintiff's Complaint, up to an including January 26, 2007, and as grounds state as follows:

1.      This action was originally filed in the Superior Court of the District of Columbia. Pursuant to SCR-Civil 12(a)(3)(A), and 3(B), these defendants had 60 days after service to respond to the Complaint. Plaintiff's Complaint was served on defendants Carter and Johnson on November 15, 2006, defendant McLean during the week of November 19, 2006, and on the District of Columbia on November 29, 2006,

2.      On December 14, 2006, pursuant to 28 U.S.C. §§ 1441, and 1446, these defendants removed this case to the United States District Court for the District of Columbia based on the constitutional claims alleged in the Complaint.

3.      Fed. R. Civ. P. 81(c) provides that "[i]n a removed action in which the defendant has not answered, the defendant shall answer … within 20 days after the receipt through service or

otherwise of a copy of the initial pleading…or within 20 days after the service of summons upon such initial pleading, then filed, or within 5 days after the filing of the petition for removal, whichever period is longest."

4.      Due to the conflict and confusion with the rules, the holiday season, and the press of other business, these defendants did not timely move to extend the time to file a responsive pleading to plaintiff's Complaint.

5.      Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…."  These defendants move to extend the time to file a responsive pleading to plaintiff's Complaint until January 26, 2007.

6.      Plaintiff's counsel consents to this request.  These defendants believe they have satisfied the requirements of Rule 6(b)(2), and no party will be unduly prejudiced by the grant of the requested relief.

        Defendants have attached hereto, a memorandum of points and authorities in support of their Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint.

                        Respectfully submitted,

                        LINDA SINGER
                        Acting Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        _____/s/ Patricia A. Jones_____
                        PATRICIA A. JONES [428132]
                        Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295


## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on January 9, 2007, the undersigned communicated with Jeremy T.

Monthy, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2128 (RCL) |
| Khadijah Bronson, *et al.*, | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA, CAPTAIN RALPH W. MCLEAN, OFFICER DARRELL JOHNSON AND OFFICER JAMES L. CARTER'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of its Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint, defendants District of Columbia, Captain Ralph W. McLean, Officer Darrell Johnson and Officer James L. Carter herein submit and rely upon the following authorities:

1.     Fed. P. Civ. R. 6(2);

2.     The entire record herein;

3.     Judicial economy;

4.     The lack of undue prejudice to the parties;

5.     Plaintiff's consent; and

6.     The Court's equitable powers.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2128 (RCL) |
| Khadijah Bronson, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of defendants' Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint, it is by the Court this _____ day of _____, 2007,

ORDERED:   that Defendants' Motion for Enlargement of Time to Late File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendants District of Columbia, Captain Ralph W. McLean, Officer Darrell Johnson and Officer James L. Carter response to plaintiff's Complaint will be due on or before January 26, 2007.


_____
Judge Richard C. Leon