UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRIDGEFORTH**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Civil Action No: 06-2128 (RCL) |
| ) | |
| **KHADIJAH BRONSON,** *et al.*,   ) | |
| ) | |
| **Defendants.**   ) | |
| _____   ) | |

### ORDER

Upon consideration of defendants' Consent Motion [3] for Enlargement of Time to File a Response to Plaintiff's Complaint, it is hereby

ORDERED, that defendants' Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is GRANTED; and it is further

ORDERED, that defendants District of Columbia, Capt. Ralph W. McLean, Officer Darrell Johnson and Officer James L. Carter's response to plaintiff's Complaint will be due on or before January 26, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 19, 2007.