UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>      Plaintiff,<br><br>      v.<br><br>Khadijah Bronson, et al.<br><br>      Defendants. | CIVIL NO. 06-CA-002128 (RCL) |

### NOTICE OF FILING

PLEASE TAKE NOTICE, plaintiff Anthony Bridgeforth, by and through his counsel, hereby files the attached Affidavit of Service of the Amended Complaint and Summons as to defendant Officer Jose Acosta.

                              Respectfully Submitted,

                              HOGAN & HARTSON L.L.P.

By:      /s/
            Adam K. Levin (#460362)
            Jeremy T. Monthy (#468903)
            Eliza L. Andonova (#486277)
            555 Thirteenth Street, N.W.
            Washington, D.C. 20004
            (202) 637-5600

            Counsel for Plaintiff

Dated: January 25, 2007

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth

vs.

Khadijah Bronson, et al.

No. 06-CA-000447

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:11 pm on January 4, 2007, I served Officer Jose Acosta at D.C. Metropolitan Police Department, Headquarters, 300 Indiana Avenue, NW, Washington, DC 20001 by serving Officer Jose Acosta, personally. Described herein:

```
SEX-      MALE
AGE-      40
HEIGHT-   5'10"
HAIR-     BLACK
WEIGHT-   195
RACE-     BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 179865

SUBSCRIBED and SWORN to before me this 5th day of January 2007.

Angela H. Croson
Notary Public

My commission expires: 03-31-09