UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,            )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>  v.                             )<br>                                 )<br>Khadijah Bronson, et al.         )<br>                                 )<br>        Defendants.              )<br>                                 ) | CIVIL NO. 06-CA-002128 (RCL) |

## **NOTICE OF FILING**

PLEASE TAKE NOTICE, plaintiff Anthony Bridgeforth, by and through his counsel, hereby files the attached Affidavit of Service of the Amended Complaint and Summons as to defendant Officer David Smith.

 

Respectfully Submitted,

HOGAN & HARTSON L.L.P.

By: _____/s/_____
Adam K. Levin (#460362)
Jeremy T. Monthy (#468903)
Eliza L. Andonova (#486277)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

Counsel for Plaintiff

Dated: January 25, 2007

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth

vs.

Khadijah Bronson, et al.

No. 06-CA-000447

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons and Amended Complaint in the above entitled case, hereby depose and say:

That my date of birth is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:40 pm on January 4, 2007, I served Officer David Smith at D.C. Metropolitan Police Department, 500 E Street, SE, Washington, DC 20003 by serving Officer David Smith, personally. Described herein:

SEX-     MALE
AGE-     36
HEIGHT-  6'3"
HAIR-    BALD
WEIGHT-  230
RACE-    WHITE

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

AMBIKO GUICE
Our File#- 179866

SUBSCRIBED and SWORN to before me this 5th day of January, 2007.

Angela H. Croson
Notary Public

My commission expires: 03-31-09