## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth,

      Plaintiff,

      v.

Khadijah Bronson, *et al.*,

      Defendants.

C.A. No.: 06-2128 (RCL)

## DEFENDANT OFFICER DAVID SMITH'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Officer David Smith, by and through counsel, and pursuant to Fed. Civ. P. R. 6(b), respectfully moves this Court for an enlargement of time to late file a response to plaintiff's Amended Complaint, and as grounds states as follows:

1.     This action was originally filed in the Superior Court of the District of Columbia. On December 14, 2006, pursuant to 28 U.S.C. §§ 1441, and 1446, defendants District of Columbia, Officer James Carter, and Officer Darrell Johnson removed this case to the United States District Court for the District of Columbia based on the constitutional claims alleged in the Complaint.

2.     On January 4, 2007, defendant David Smith was served with plaintiff's Amended Complaint. Fed. R. Civ. P. 81(c) provides that "[i]n a removed action in which the defendant has not answered, the defendant shall answer … within 20 days after the receipt through service or otherwise of a copy of the initial pleading…or within 20 days after the service of summons upon such initial pleading, then filed, or within 5 days after the filing of the petition for removal, whichever period is longest." Defendant Officer David Smith's answer was due on or before January 24, 2007.

3.    Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…."  The United States Court of Appeals for the District of Columbia Circuit has outlined the factors that constitute excusable neglect based upon the Supreme Court's holding in *Pioneer Investment Services v. Brunswick Associates,* 507 U.S. 380 (1993). According to the court, the following factors should be considered:  "(1) the danger of prejudice to the party opposing the modification, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith."  *See In re: Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1209 (D.C. Cir. 2003).

4.    This defendant works the midnight shift, and has been working a lot of overtime.  As a result, this defendant did not more timely request representation in this litigation.

5.    Plaintiff's counsel consents to the requested relief, and no party will be unduly burdened by this defendant's requested relief.  The remaining defendants filed their Answers to the Amended Complaint on January 26, 2007, and defendant Smith's answer to the Amended Complaint is being filed contemporaneously to the filing of this motion, and is for good cause.

This defendant has attached hereto, a memorandum of points and authorities in support of His Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295


## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on January 31, 2007, the undersigned communicated with Jeremy T.

Monthy, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Anthony Bridgeforth,

      Plaintiff,

      v.

Khadijah Bronson, *et al.*,

      Defendants.

C.A. No.: 06-2128 (RCL)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT OFFICER DAVID SMITH'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO LATE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of his Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint, defendant Officer David Smith herein submits and relies upon the following authorities:

1.      Fed. P. Civ. R. 6(2);

2.      The entire record herein;

3.      Judicial economy;

4.      The lack of undue prejudice to the parties;

5.      Plaintiff's consent; and

6.      The Court's equitable powers.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     /s/ Patricia A. Jones
_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

     /s/ Leticia L. Valdes
_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Anthony Bridgeforth,

      Plaintiff,

    v.                                                     C.A. No.: 06-2128 (RCL)

Khadijah Bronson, *et al.*,

      Defendants.

**<u>ORDER</u>**

    Upon consideration of defendant Officer David Smith's Consent Motion for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint, it is by the Court this _____ day of _____, 2007,

    ORDERED:    that the defendant's Motion for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint is hereby GRANTED, and it is,

    FURTHER ORDERED: that defendant Officer David Smith's response to plaintiff's Amended Complaint is deemed filed as of the date of this Order.

_____
Judge Royce C. Lamberth