UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRIDGEFORTH**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.   )<br>)<br>**KHADIJAH BRONSON,** *et al.*,  )<br>)<br>**Defendants.**  )<br>_____ ) | Civil Action No: 06-2128 (RCL) |

### ORDER

Upon consideration of defendant Officer David Smith's Consent Motion [9] for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint, it is hereby

ORDERED, that defendant's Motion for Enlargement of Time to Late File a Response to Plaintiff's Amended Complaint is GRANTED; and it is further

ORDERED, that defendant Officer David Smith's response to plaintiff's Amended Complaint is deemed filed as of the date of this Order.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 1, 2007.