UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRIDGEFORTH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 06-2128 (RCL) |
| ) | |
| **KHADIJAH BRONSON,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

All parties now having appeared in the above-captioned matter, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 1, 2007.