UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY BRIDGEFORTH**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | Civil Action No: 06-2128 (RCL) |
| ) | |
| **KHADIJAH BRONSON**, *et al.*,     ) | |
| ) | |
| **Defendants.**     ) | |
| _____ ) | |

**SCHEDULING ORDER**

The Court, having considered the issues raised by the parties with respect to scheduling, and for good cause shown, it is on this 21st day of April, 2007, hereby

ORDERED, that the following schedule shall govern the proceedings in this action:

1. All additional parties shall be joined and all amendments to pleadings completed within 90 days of the entry of this Order, on or before May 23, 2007;

2. All discovery shall be completed by October 23, 2007;

3. Each side may conduct 10 depositions, and propound 25 interrogatories to the other side;

4. Expert discovery shall be completed by the close of discovery as follows:
   (A) Plaintiff's experts shall be identified and expert reports disclosed as described by Fed. R. Civ. P. 26(2)(B) within 75 days of the entry of this Order, or by May 23, 2007, whichever date is the latest;
   (B) Rebuttal experts, as described by Fed. R. Civ. P. 26(2)(C), shall be identified and rebuttal reports disclosed 45 days after plaintiff's disclosure of experts, or by July 9, 2007, whichever date is the latest;
   (C) Depositions of all experts shall be completed by October 23, 2007, the close of discovery.

5. Any motion for summary judgment shall be filed by no later than 30 days after the close of discovery, or by November 22, 2007, whichever date is the latest, Any opposition shall be filed by no later than 30 days after the filing of the initial motion. A reply, if any, shall be filed by no later than 15 days after the filing of any opposition.

6. A status conference shall be held after the Court's ruling on a motion for summary judgment, at which the pretrial conference and trial shall be scheduled.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.