UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth,

    Plaintiff,

v.

Khadijah Bronson, *et al.*,

    Defendants.

C.A. No.: 06-2128 (RCL)

**DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION TO EXTEND DISCOVERY AND REVISE THE SCHEDULING ORDER[1]**

    Defendant District of Columbia, by and through counsel, and pursuant to Fed. Civ. P. R. 6(b) and Fed. Civ. P. R. 16(b), respectfully moves this Court for entry of an order extending discovery for sixty (60) days and revising the scheduling Order, and as grounds therefore states as follows:

    1.    On April 23, 2007, this Court issued a scheduling order in the above entitled action. *See* Docket Report, at #14.

    2.    The plaintiff and this defendant have endeavored to complete discovery and secure deposition dates for witnesses in the above captioned matter.

    3.    Despite undersigned counsel's efforts, this defendant has been unable to locate some of the documents requested by the plaintiff in his written discovery requests. Undersigned counsel continues to work diligently to obtain the documents requested by the plaintiff.

    4.    According to Fed. Civ. P. R. 6(b), "…the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed or as extended by a previous

---

[1] Plaintiff's counsel takes no position on the District's request to extend the discovery deadline.

order….." This motion is filed prior to the expiration of the prescribed period(s). According to the Scheduling Order, discovery closes on October 23, 2007. This defendant seeks the following revisions to the current Scheduling Order:

| | |
|---|---|
| Discovery close date | 12/24/07 |
| Deadline for Filing Motions | 01/24/08 |
| Oppositions due | 02/24/08 |
| Reply due | 03/07/08 |

5.  This is this defendant's first request for an enlargement of the Discovery deadlines.

This defendant has attached hereto, a memorandum of points and authorities in support of its Consent Motion to Extend Discovery and Revise the Scheduling Order.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>    /s/ Patricia A. Jones
>PATRICIA A. JONES [428132]
>Chief, General Litigation, Section IV
>
>
>    /s/ Leticia L. Valdes
>LETICIA L. VALDES [0461327]
>Assistant Attorney General
>441 4th Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 442-9845; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on or about October 5, October 10, and October 11, 2007, the undersigned communicated with Jeremy T. Monthy, Esq., plaintiff's counsel, regarding the outstanding discovery responses, the scheduling of depositions, and the relief herein sought. Plaintiff' counsel communicated that he does not take a position on the relief sought in this defendant's Motion.

I also certify that on Friday October 12, 2007, the undersigned communicated with Darryl F. White, Esq., co-defendant's counsel, regarding the relief herein sought, and consent was granted.

          /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth,

    Plaintiff,

  v.

Khadijah Bronson, *et al.*,

    Defendants.

C.A. No.: 06-2128 (RCL)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION TO EXTEND DISCOVERY AND REVISE THE SCHEDULING ORDER**

In support of its Partial Consent Motion to Extend Discovery and Revise the Scheduling Order, defendant District of Columbia cites and relies upon the following authorities:

1. Fed. Civ. P. R. 6(b);

2. Fed. Civ. P. R. 16(b);

3. The entire record herein;

4. Judicial economy; and

5. The lack of undue prejudice to the parties.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

2

      /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>   Plaintiff,<br><br>   v.<br><br>Khadijah Bronson, *et al.*,<br><br>   Defendants. | C.A. No.: 06-2128 (RCL) |

## ORDER

Upon consideration of defendant District of Columbia's Partial Consent Motion to Extend Discovery and Revise the Scheduling Order, it is this _____ day of _____, 2007,

ORDERED: That the defendant's Motion to Extend Discovery and Revise the Scheduling Order is hereby granted, and it is,

FURTHER ORDERED: that the Scheduling Order originally entered in this case on April 23, 2007, is revised and extended as follows:

| | |
|---|---|
| Discovery close date | 12/24/07 |
| Deadline for Filing Motions | 01/24/08 |
| Oppositions due | 02/24/08 |
| Reply due | 03/07/08 |

_____
Judge Royce C. Lamberth