UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BRIDGEFORTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-2128 (RCL) |
| | ) |
| KHADIJAH BRONSON, et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of defendant District of Columbia's Partial Consent Motion to Extend Discovery and Revise the Scheduling Order, plaintiff Anthony Bridgeforth's Response thereto, and the entire record herein, it is by the Court this 23rd day of October, 2007, hereby

ORDERED that defendant District of Columbia's Motion to Extend Discovery and Revise the Scheduling Order is GRANTED IN PART, and it is hereby

FURTHER ORDERED that the Scheduling Order originally entered in this case on April 23, 2007 is hereby revised as follows:

    All initial disclosures shall be completed and served within five (5) days of this Order.

2. (A) All responses to written discovery propounded before September 23, 2007, shall be completed by December 24, 2007;

    (B) All depositions shall be completed by December 24, 2007;

5. Any motion for summary judgment shall be filed by no later than 30 days after the close of discovery, or by January 24, 2008, whichever date is the latest. Any opposition shall be filed by no later than 30 days after the filing of the initial motion. A reply, if any, shall be filed by no later than 15 days after the filing of any opposition.

\\\DC - 090334/010285 - 2621361 v2

- 2 -

      6.      A status conference shall be held after the Court's ruling on a motion for summary judgment, at which the pretrial conference and trial shall be scheduled.

and it is hereby

      FURTHER ORDERED that all other deadlines and requirements set forth in the Scheduling Order originally entered in this case on April 23, 2007 shall remain the same and continue to bind the parties.

                                      _____/s/_____
                                      Hon. Royce C. Lamberth
                                      Judge, United States District Court for
                                      the District of Columbia

\\\DC - 090334/010285 - 2621361 v2