**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2128 (RCL) |
| Khadijah Bronson, *et al.*, | |
| Defendants. | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND DISCOVERY AND REVISE THE SCHEDULING ORDER FOR THE LIMITED PURPOSE OF DEPOSING THE DISTRICT'S 30(B)(6) REPRESENTATIVE AND PLAINTIFF'S EXPERT**

Defendant District of Columbia, by and through counsel, and pursuant to Fed. Civ. P. R. 6(b) and Fed. Civ. P. R. 16(b), respectfully moves this Court for entry of an order extending discovery for thirty (30) days and revising the scheduling Order for the limited purpose of deposing the District's 30(b)(6) representative and plaintiff's expert, and as grounds therefore states as follows:

1.      The plaintiff and defendants have endeavored to complete discovery in this matter.  The parties have conducted the depositions of the seven individual defendants, as well as the plaintiff and one additional witness in the above captioned matter.

2.      Despite good faith efforts and due to scheduling conflicts and the unavailability of the expert witnesses, the parties have been unable to complete expert depositions in this matter. The parties require additional time to finish completing expert discovery, including depositions

of 30(b)(6) designees[1].  The parties have agreed to make themselves available for the remaining

depositions in January 2008.

      3.      According to Fed. Civ. P. R. 6(b), "…the Court for cause shown may at any time

in its discretion (1) with or without motion or notice order the period enlarged if request thereof

is made before the expiration of the period originally prescribed or as extended by a previous

order…."  This motion is filed prior to the expiration of the prescribed period(s).  According to

the Scheduling Order, discovery closes on December 24, 2007.  This defendant seeks the

following revisions to the current Scheduling Order:

| | |
|---|---|
| Discovery close date | 01/24/08 |
| Deadline for Filing Motions | 02/24/08 |
| Oppositions due | 03/24/08 |
| Reply due | 04/07/08 |

This defendant has attached hereto, a memorandum of points and authorities in support of

its Consent Motion to Extend Discovery for the Limited Purpose of Conducting the Deposition of

Experts and 30(b)(6) Designees and to Revise the Scheduling Order.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General, Civil Litigation Division

---

[1] This defendant recently obtained from plaintiff the deposition cost for his expert. However, plaintiff's expert is located in Pennsylvania and undersigned has been unable to obtain the travel cost associated with deposing plaintiff's expert.  Undersigned needs this information before the deposition of plaintiff's expert because pursuant to the Anti Deficiency Act no costs are to be incurred on behalf of the District of Columbia without prior approval.

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295


## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on or about December 12, 2007, the undersigned communicated with Daryl White, Esq., defendant Khadijah Bronson's counsel, and he consented to the relief herein sought. I also certify that on December 18, 2007, the undersigned communicated with M. Scott Stevens, Esq., plaintiff's counsel, regarding the relief herein sought, and consent was granted.


_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Anthony Bridgeforth,

      Plaintiff,

      v.

Khadijah Bronson, *et al.*,

      Defendants.

C.A. No.: 06-2128 (RCL)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND
DISCOVERY AND REVISE THE SCHEDULING ORDER FOR THE LIMITED
PURPOSE OF DEPOSING THE DISTRICT'S 30(B)(6) REPRESENTATIVE AND
PLAINTIFF'S EXPERT**

In support of its Consent Motion to Extend Discovery and Revise the Scheduling Order

for the limited Purpose of Deposing The District's 30(b)(6) Representative and Plaintiff's

Expert, defendant District of Columbia cites and relies upon the following authorities:

1. Fed. Civ. P. R. 6(b);

2. Fed. Civ. P. R. 16(b);

3. The entire record herein;

4. Judicial economy;

5. The parties' consent; and

6. The lack of undue prejudice to the parties.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General, Civil Litigation Division

_____/s/ Patricia A. Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____/s/ Leticia L. Valdes_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth, | |
| Plaintiff, | |
| v. | C.A. No.: 06-2128 (RCL) |
| Khadijah Bronson, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of defendant District of Columbia's Consent Motion to Extend Discovery and Revise the Scheduling Order for the Limited Purpose of Deposing the District's 30(b)(6) Representative and Plaintiff's Expert, it is this _____ day of _____, 2007,

ORDERED: That the defendant's Motion to Extend Discovery and Revise the Scheduling Order is hereby granted, and it is,

FURTHER ORDERED:  that the Scheduling Order originally entered in this case on April 23, 2007, is revised and extended, for the limited purpose of deposing 30(b)(6) designees and plaintiff's expert, as follows:

|  |  |
|---|---|
| Discovery close date | 01/24/08 |
| Deadline for Filing Motions | 02/24/08 |
| Oppositions due | 03/24/08 |
| Reply due | 04/07/08 |

_____
Judge Royce C. Lamberth