# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>    Plaintiff,<br><br>v.<br><br>Khadijah Bronson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2128 (RCL) |

## ORDER

Upon consideration of defendant District of Columbia's Consent Motion to Extend Discovery and Revise the Scheduling Order for the Limited Purpose of Deposing the District's 30(b)(6) Representative and Plaintiff's Expert, it is this 2nd day of January, 2008,

ORDERED: That the defendant's Motion to Extend Discovery and Revise the Scheduling Order is hereby granted, and it is,

FURTHER ORDERED: that the Scheduling Order originally entered in this case on April 23, 2007, is revised and extended, for the limited purpose of deposing 30(b)(6) designees and plaintiff's expert, as follows:

| | |
|---|---|
| Discovery close date | 01/24/08 |
| Deadline for Filing Motions | 02/24/08 |
| Oppositions due | 03/24/08 |
| Reply due | 04/07/08 |

_____/s/_____
Judge Royce C. Lamberth