UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY BRIDGEFORTH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-2128 (RCL) |
| KHADIJAH BRONSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO FURTHER EXTEND DISCOVERY
AND REVISE SCHEDULING ORDER
FOR THE LIMITED PURPOSE OF DEPOSING THE DISTRICT'S 30(B)(6)
REPRESENTATIVE AND PLAINTIFF'S EXPERT WITNESS**

Plaintiff Anthony Bridgeforth, by and through counsel, respectfully requests an extension of less than thirty (30) days to complete complete fact and expert discovery in this matter pursuant to Fed. R. Civ. P. 6(b) and 16(b). The current discovery deadline is January 24, 2008. The limited purpose of the additional time is to conduct two depositions previously scheduled for mid-January 2008: (1) three individual witnesses designated to testify for defendant the District of Columbia pursuant to Fed. R. Civ. P. 30(b)(6), and (2) Plaintiff's expert witness R. Paul McCauley, Ph.D., BCFE.

The District previously sought a 30-day extension of discovery on December 22, 2007 for the same limited purpose. *See* Consent Motion to Extend Discovery, filed Dec. 22, 2007 [D.E. 18]. The Court granted the District's motion on January 2, 2008, but, despite good faith attempts by the parties, the timetable proposed in the motion proved to be overly optimistic given witness schedules and the District's administrative requirements under the Anti Deficiency Act. *See id.* at 2 n.1.

\\\DC - 090334/010285 - 2670611 v1

- 2 -

  The parties have agreed to conduct the depositions of the District representatives on January 29 and/or January 30 and to conduct the deposition of Plaintiff's expert witness on February 15. Mr. Bridgeforth now asks that the deadline for the close of all discovery be reset to February 22, 2008 to accommodate any last minute adjustments to those dates, and that the Scheduling Order be modified as follows:

| | |
|---|---|
| Deadline for Filing Dispositive Motion(s) | March 24, 2008 |
| Oppositions to Dispositive Motion(s) | April 23, 2008 |
| Replies, if any | May 8, 2008 |

Counsel for all parties have conferred pursuant to Local Civ. R. 7(m), and all parties consent to the relief requested herein.

  For the foregoing reasons, and in the interest of judicial economy and absence of undue prejudice to the parties, Mr. Bridgeforth respectfully requests an extension of time for the limited purpose of completing depositions of defendant the District of Columbia and Plaintiff's expert witness and corresponding revision of the Scheduling Order to the dates set forth above..

            Respectfully submitted,

            HOGAN & HARTSON LLP

            ___/s/ Jeremy Monthy_____
             Adam K. Levin (D.C. Bar No. 460362)
             Jeremy T. Monthy (D.C. Bar No. 468903)
            555 Thirteenth Street, N.W.
            Washington, D.C. 20004-1109
            Telephone: (202) 637-5600
            Facsimile: (202) 637-5910

Dated: January 22, 2008       *Counsel for Plaintiff Anthony Bridgeforth*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY BRIDGEFORTH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-2128 (RCL) |
| KHADIJAH BRONSON, et al, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of plaintiff Anthony Bridgeforth's Consent Motion to Extend Discovery and Revise the Scheduling Order and the entire record herein, it is by the Court this ___ day of _____, 2008, hereby

ORDERED that plaintiff Anthony Bridgeforth's Consent Motion is GRANTED, and it is hereby

FURTHER ORDERED that the Scheduling Order originally entered in this case on April 23, 2007 is hereby revised as follows:

> 2. (B) All depositions shall be completed by February 22, 2008;
>
> 5. Any motion for summary judgment shall be filed by no later than 30 days after the close of discovery, or by March 24, 2008, whichever date is the latest. Any opposition shall be filed by no later than 30 days after the filing of the initial motion. A reply, if any, shall be filed by no later than 15 days after the filing of any opposition.

_____
Hon. Royce C. Lamberth
Judge, United States District Court for
the District of Columbia