UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY BRIDGEFORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2128 (RCL) |
| | ) | |
| KHADIJAH BRONSON, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

      Upon consideration of plaintiff Anthony Bridgeforth's Consent Motion to Extend Discovery and Revise the Scheduling Order and the entire record herein, it is by the Court this 23rd day of January, 2008, hereby

      ORDERED that plaintiff Anthony Bridgeforth's Consent Motion is GRANTED, and it is hereby

      FURTHER ORDERED that the Scheduling Order originally entered in this case on April 23, 2007 is hereby revised as follows:

      2.      (B)  All depositions shall be completed by February 22, 2008;

      5.      Any motion for summary judgment shall be filed by no later than 30 days after the close of discovery, or by March 24, 2008, whichever date is the latest. Any opposition shall be filed by no later than 30 days after the filing of the initial motion.  A reply, if any, shall be filed by no later than 15 days after the filing of any opposition.

      _____/s/_____
      Hon. Royce C. Lamberth
      Judge, United States District Court for
      the District of Columbia