**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Khadijah Bronson, *et al.*,<br><br>　　　Defendants. | C.A. No.: 06-2128 (RCL) |

**DEFENDANTS OFFICER JOSEPH A. POWELL, OFFICER JAMES L. CARTER, OFFICER JOSE ACOSTA, OFFICER DARRELL D. JOHNSON, OFFICER DAVID SMITH, CAPTAIN RALPH W. MCLEAN AND THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE THE DISPOSITIVE MOTION DEADLINE AND REVISE THE SCHEDULING ORDER**

　　Defendants Officer Joseph A. Powell, Officer James L. Carter, Officer Jose Acosta, Officer Darell D. Johnson, Officer David Smith, Captain Ralph W. McLean, and the District of Columbia (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move to enlarge the dispositive motion deadline and as grounds state as follows:

　　1.　On January 23, 2008, this Court entered its order setting March 24, 2008, as the deadline for filing motions in this matter. Despite good faith efforts and due to the press of other business, including the filing of a motion for summary judgment on March 19, 2008, in another case handled by undersigned, undersigned counsel will not be able to complete the dispositive motion for filing in this case within the prescribed deadline.

　　2.　The defendants request that the Court extend the deadline for filing motions for two (2) weeks or until April 7, 2008.

3. Fed. R. Civ. P. 6(b) provides that when an act must be done within a specified time, the court may for good cause, extend the time "(1) with or without motion or notice if the court acts, or a request is made, before the original time or its extension expires…" These defendants' request is made before the March 24, 2008, expiration of the deadline for filing motions.

4. Plaintiff's counsel consents to the requested relief, and no party will be unduly prejudiced by the grant of the requested relief.

5. The defendants request that the following schedule govern this litigation:

Deadline for filing motions    April 7, 2008

Opposition due                 May 7, 2008

Replies Due                    May 22, 2008

Defendants have attached hereto, a memorandum of points and authorities in support of their Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


   /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

2

3

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on March 21, 2008, the undersigned communicated with Jeremy Monthy, Esq., plaintiff's counsel, regarding the relief herein sought, and he consents to the relief requested.

    /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Anthony Bridgeforth,<br><br>    Plaintiff,<br><br>    v.<br><br>Khadijah Bronson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2128 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS OFFICER JOSEPH A. POWELL, OFFICER JAMES L. CARTER, OFFICER JOSE ACOSTA, OFFICER DARRELL D. JOHNSON, OFFICER DAVID SMITH, CAPTAIN RALPH W. MCLEAN AND THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE THE DISPOSITIVE MOTION DEADLINE AND REVISE THE SCHEDULING ORDER**

    In support of their Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order, defendants Officer Joseph A. Powell, Officer James L. Carter, Officer Jose Acosta, Officer Darell D. Johnson, Officer David Smith, Captain Ralph W. McLean, and the District of Columbia, herein submit and rely upon the following authorities:

    1.    Fed. R. Civ. P. 6(b);

    2.    The entire record herein;

    3.    Judicial economy;

    4.    The lack of undue prejudice to the parties;

    5.    Plaintiff's consent; and

    6.    The Court's equitable powers.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

2

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>    Plaintiff,<br><br>    v.<br><br>Khadijah Bronson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2128 (RCL) |

## ORDER

Upon consideration of defendants Officer Joseph A. Powell, Officer James L. Carter, Officer Jose Acosta, Officer Darell D. Johnson, Officer David Smith, Captain Ralph W. McLean, and the District of Columbia's Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order, it is by the Court this _____ day of _____, 2008,

**ORDERED**: that the defendants' Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the following schedule should govern this litigation:

    Deadline for filing motions    April 7, 2008

    Oppositions due    May 7, 2008

    Replies Due    May 22, 2008

_____
Judge Royce C. Lamberth