UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,           ) | |
|              ) | |
|     Plaintiff,      ) | |
|              ) | |
|        v.      ) | Civil Action No. 06-2128 (RCL) |
|              ) | |
| Khadijah Bronson, et al.,      ) | |
|              ) | |
|     Defendants.      ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Anthony Bridgeforth, by his undersigned attorneys, respectfully moves for summary judgment pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1. This case involves Mr. Bridgeforth's residential eviction in January 2006 by his landlord Khadijah Bronson and members of the Metropolitan Police Department assisting Ms. Bronson in direct violation of explicit and uncontroverted District law and policy. Mr. Bridgeforth specifically seeks judgment as a matter of law that defendant Khadijah Bronson is liable for wrongful eviction and intentional infliction of emotional distress based on undisputed admissions made during discovery and appearances in open court. Mr. Bridgeforth also seeks judgment as a matter of law that individual defendant officers McLean, Carter, Acosta, Smith, Powell, and Johnson violated Mr. Bridgeforth's constitutional rights and Section 1983 enforcing those rights based on undisputed evidence that the officers knew what they were doing was wrong and did it anyway, and he seeks a similar ruling against defendant the District of Columbia for failing to train and/or supervise those officers.

The grounds for this motion are set forth in the attached Memorandum of Points and Authorities, which is incorporated as if set forth fully herein. A Proposed Order also is attached. In addition, pursuant to Local Rule 56.1, a Statement of Material Facts as to which Mr. Bridgeforth contends there is no genuine issue, with references to relevant parts of the record, is attached.

                    Respectfully submitted,

                    HOGAN & HARTSON LLP

                    By: /s/ Jeremy T. Monthy
                        Adam K. Levin (#460362)
                        Jeremy T. Monthy (#468903)
                        555 Thirteenth Street, N.W.
                        Washington, D.C. 20004
                        (202) 637-5600
                        (202) 637-5910 (fax)

Dated: April 7, 2008                    Counsel for Plaintiff Anthony Bridgeforth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2128 (RCL) |
| ) | |
| Khadijah Bronson, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of plaintiff Anthony Bridgeforth's Motion for Summary Judgment, the Memorandum of Points and Authorities filed in support of Mr. Bridgeforth's Motion for Summary Judgment, any Opposition and Reply to Mr. Bridgeforth's Motion for Summary Judgment, the Statement of Material Facts as to which Mr. Bridgeforth contends there is no genuine issue, any Opposition to Mr. Bridgeforth's Statement of Material Facts, as well as the entire record herein, it is hereby

ORDERED, that plaintiff Anthony Bridgeforth's motion be, and it hereby is, GRANTED; and it is further

ORDERED, that Defendants are liable for wrongful eviction, violation of Mr. Bridgeforth's constitutional rights, and intentional infliction of emotional distress as claimed in the Amended Complaint as a matter of law; and it is further

ORDERED, that the parties shall submit to a further scheduling conference pursuant to Fed. R. Civ. P. 16 to address the separate trial or other resolution of damages necessarily arising out of this Order pursuant to Fed. R. Civ. P. 42.

\\\DC - 090334/010285 - 2708799 V1

SO ORDERED this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Adam K. Levin, Esq.
Jeremy T. Monthy, Esq.
HOGAN & HARTSON, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004


Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001


Darryl F. White, Esq.
4308 Georgia Ave., N.W.
Washington DC 20011