## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>    Plaintiff,<br><br>    v.<br><br>Khadijah Bronson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2128 (RCL) |

### ORDER

Upon consideration of defendants Officer Joseph A. Powell, Officer James L. Carter, Officer Jose Acosta, Officer Darell D. Johnson, Officer David Smith, Captain Ralph W. McLean, and the District of Columbia's Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order, it is by the Court this 17th day of April, 2008,

**ORDERED**: that the defendants' Motion to Enlarge the Dispositive Motion Deadline and Revise the Scheduling Order is GRANTED, *nunc pro tunc*, for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the following schedule should govern this litigation:

    Deadline for filing motions    April 7, 2008

    Oppositions due    May 7, 2008

    Replies Due    May 22, 2008

    ___/s/_____
    Judge Royce C. Lamberth