# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Anthony Bridgeforth,<br><br>    Plaintiff,<br><br>    v.<br><br>Khadijah Bronson, *et al.*,<br><br>    Defendants. | C.A. No.: 06-2128 (RCL) |

**DEFENDANTS OFFICER JOSEPH A. POWELL, OFFICER JAMES L. CARTER, OFFICER JOSE ACOSTA, OFFICER DARRELL D. JOHNSON, OFFICER DAVID SMITH, CAPTAIN RALPH W. MCLEAN AND THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME FOR EACH PARTY TO FILE A RESPONSE TO THE RESPECTIVE PARTY'S MOTIONS FOR SUMMARY JUDGMENT AND A REPLY TO EACH PARTY'S OPPOSITION TO THE PENDING MOTIONS FOR SUMMARY JUDGMENT**

    Defendants Officer Joseph A. Powell (hereinafter "Powell"), Officer James L. Carter (hereinafter "Carter"), Officer Jose Acosta (hereinafter "Acosta"), Officer Darrell D. Johnson (hereinafter "Johnson"), Officer David Smith (hereinafter "Smith"), Captain Ralph W. McLean (hereinafter "McLean"), and the District of Columbia (hereinafter "District"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully move this Court, by consent, for an enlargement of time for the parties to file a response to each party's respective Motion for Summary Judgment, up to and including May 23, 2008, and a Reply to each party's Opposition to the pending motions for Summary Judgment. As grounds therefore, the Defendants state as follows:

    1.    Both Plaintiff and these Defendants filed a Motion for Summary Judgment in this matter on April 7, 2008. *See* Docket Entry #25. The parties' oppositions to the motions are due on May 7, 2008. See April 17, 2008, Minute Entry.

2. Undersigned counsel requires additional time to respond to the arguments set forth in plaintiff's Motion for Summary Judgment. Undersigned counsel began trial on April 23, 2008, in the matter of *Mazloum v. The District of Columbia Metropolitan Police Department*, *et al.*, Civil Action No.: 06-0002, in the United States District Court for the District of Columbia, the Honorable Judge John D. Bates presiding. Trial in this matter is not expected to be completed until May 2, 2008.[1]

3. These Defendants move to extend the time for the parties to file a response to the Motions for Summary Judgment until May 23, 2008, and to file the Replies to the pending Opposition to the Motions for Summary Judgment until June 6, 2008. The undersigned needs the additional time to properly respond to the arguments set forth in Plaintiff's filings since she has been unable to do so because of trial. Undersigned counsel had to continue other matters as well because of the trial and cannot file a response to Plaintiff's filings prior to the requested time.

4. Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…." This motion is being filed prior to the expiration of the prescribed period and is for good cause shown.

5. These Defendants believe that they have satisfied the requirements of Rule 6(b)(1)(A), and no party will be unduly prejudiced by the grant of the requested relief, especially since the Defendants seek reciprocal extensions for all parties.

---

[1] The Court indicated at the end of today's hearing that he would like to get this case wrapped up by May 1, 2008. Prior to that time, the undersigned believed that trial would not be completed until May 5, 2008.

These Defendants have attached hereto, a memorandum of points and authorities in support of their Motion for Enlargement of Time for the parties to file a Response to the parties' Motion for Summary Judgment, and a Reply to the pending Opposition to each party's Motion for Summary Judgment.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
    LETICIA L. VALDES [0461327]
    Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9845; (202) 727-6295

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on April 29, 2008, Adam Levin, Esq., counsel for Plaintiff consented to the herein requested relief.

    /s/Patricia A. Jones
    PATRICIA A. JONES
    Chief, General Litigation, Section IV

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth,

    Plaintiff,

    v.

Khadijah Bronson, *et al.*,

    Defendants.

C.A. No.: 06-2128 (RCL)

**DEFENDANTS OFFICER JOSEPH A. POWELL, OFFICER JAMES L. CARTER, OFFICER JOSE ACOSTA, OFFICER DARRELL D. JOHNSON, OFFICER DAVID SMITH, CAPTAIN RALPH W. MCLEAN AND THE DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR ENLARGEMENT OF TIME FOR THE PARTIES TO FILE A RESPONSE TO EACH PARTY'S MOTION FOR SUMMARY JUDGMENT AND A REPLY TO EACH PARTIES' OPPOSITION TO THE FILED MOTIONS FOR SUMMARY JUDGMENT**

In support of its Consent Motion for Enlargement of Time, these Defendants herein submit and rely upon the following authorities:

1. Fed. R. Civ. P. 6(b)(1);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties; and

5. The Court's equitable powers.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

2

      /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

      /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anthony Bridgeforth,

    Plaintiff,

v.

Khadijah Bronson, *et al.*,

    Defendants.

C.A. No.: 06-2128 (RCL)

## ORDER

Upon consideration of Defendants Officer Joseph A. Powell, Officer James L. Carter, Officer Jose Acosta, Officer Darrell D. Johnson, Officer David Smith, Captain Ralph W. McLean, and the District of Columbia's Motion for Enlargement of Time for an enlargement of time for the parties to file a response to each party's respective Motion for Summary Judgment, up to and including May 23, 2008, and a Reply to each party's Opposition to the pending motions for Summary Judgment, it is by the Court this _____ day of _____, 2008,

ORDERED:   that the Motion is hereby GRANTED for the reasons set forth in the motion, and it is,

FURTHER ORDERED: that any opposition to the pending Motions for Summary Judgment shall be filed on or before May 23, 2008, and any Reply shall be filed on or before June 6, 2008.

_____
Judge Royce C. Lamberth